UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BLANCA ESTELA ANDRADE SALAS, ET AL.,**

   Plaintiffs,

v.                               No. 4:25-cv-0720-P

**SN SERVICING CORPORATION, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 23. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Defendant SN Servicing Corporation's Motion to Dismiss for Failure to State a Claim (ECF No. 7) is **GRANTED.** The Court also **ORDERS** that Defendant CooperZadeh LLC's Amended Motion for Judgment on the Pleadings (ECF No. 13) is **GRANTED**. Accordingly, all of Plaintiff's claims against Defendants are **DISIMISSED WITH PREJUDICE**.

**SO ORDERED** on this **22nd day of October 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE